UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRIDGESTONE AMERICAS, INC., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 12-04753 CRB (LB)<br><br>**ORDER REGARDING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY**<br><br>[Re: ECF No. 5] |

On September 17, 2012, Plaintiff moved *ex parte* for an order allowing it to take early and expedited discovery so that it could determine whether it should amend its complaint to include additional injunctive relief. Motion, ECF No. 5. The motion, and all other discovery, was referred to the undersigned on September 21, 2012. Referral Order, ECF No. 9.

On September 26, 2012, the court's courtroom deputy received a telephone call from Plaintiff's attorney, Timothy Cahn, who told her that the parties either had resolved, or were close to resolving, the discovery issue underlying Plaintiff's motion. Accordingly, the court **ORDERS** Plaintiff, by October 12, 2012, to either: (1) withdraw the *ex parte* motion; or (2) file a status update describing the current status of the dispute and whether a ruling on the motion will be necessary.

**IT IS SO ORDERED.**

Dated: October 5, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 12-04753 CRB (LB)