KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:  jgilliland@kilpatricktownsend.com
        tcahn@kilpatricktownsend.com
        hgaudreau@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE AMERICAS, INC.; a Nevada corporation; WILDCAT CREEK, INC., a California corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. C12-04753 CRB<br><br>**STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 15(A)(2).**<br><br>Judge: Hon. Charles R. Breyer |

1    Plaintiff Sony Computer Entertainment America LLC ("SCEA") and Defendant
2  Bridgestone Americas Tire Operations, LLC, (erroneously sued as Bridgestone Americas,
3  Inc.) ("Bridgestone") hereby stipulate to SCEA's amending its Complaint to accomplish the
4  following:
5    (1)  Add The Richards Group, Inc. as a defendant in the action;
6    (2)  Remove defendant Wildcat Creek, Inc., previously dismissed by the Court
7  pursuant to stipulation; and
8    (3)  Correct Bridgestone's corporate name.
9    In accordance with this Court's local rule 10-1, a true and correct copy of the
10 proposed First Amended Complaint is attached to this Stipulation.

12 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

14                                        Respectfully submitted,

16 DATED: February 25, 2013            KILPATRICK TOWNSEND & STOCKTON, LLP

17                                    By:   /s/ Timothy R. Cahn
                                            TIMOTHY R. CAHN
18
                                      Attorneys for Plaintiff
19                                    SONY COMPUTER ENTERTAINMENT
                                      AMERICA LLC

22 DATED: February 25, 2013            PILLSBURY WINTHROP SHAW PITTMAN LLP

23                                    By:   /s/ Colin T. Kemp
                                            Colin T. Kemp
24
25   03/07/2013                        Attorneys for Defendant
                                       BRIDGESTONE AMERICAS, INC.

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO AMEND COMPLAINT                                                    - 1 -
Case No. C 12-04753 CRB