KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:   jgilliland@kilpatricktownsend.com
         tcahn@kilpatricktownsend.com
         hgaudreau@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

CARLSMITH BALL LLP
JUSTIN M. GOLDSTEIN (State Bar No. 198858)
515 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 955-1200
Facsimile: (213) 623-0032
Email:  jgoldstein@carlsmith.com

Attorneys for Defendant
THE RICHARDS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE AMERICAS, INC.; a Nevada corporation, THE RICHARDS GROUP, INC., a Texas corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO.:  C12-04753 CRB<br><br>**ORDER GRANTING STIPULATION CONTINUING HEARING ON DEFENDANT THE RICHARDS GROUP, INC.'S MOTION TO DISMISS**<br><br>**[CIVIL LOCAL RULE 7-7(a)]**<br><br><br>Judge:  Hon. Charles R. Breyer |

[PROPOSED] ORDER GRANTING STIPULATION CONTINUING HEARING ON DEFENDANT THE RICHARDS GROUP'S MOTION TO DISMISS
Case No. C12-04753 CRB
4828-7578-3187.1

1    Pursuant to the stipulation of Plaintiff Sony Computer Entertainment America LLC
2    ("SCEA") and Defendant The Richards Group, Inc. ("TRG"), it is hereby ordered that the hearing on
3    TRG's Motion to Dismiss, currently scheduled for June 21, 2013, shall be continued until August 9,
4    2013.  It is further ordered that SCEA shall file and serve any opposition to the Motion to Dismiss by
5    July 9, 2013, and that TRG shall file and serve any reply by July 16, 2013.

7    IT IS SO ORDERED.

9    DATED:  May 23, 2013



Hon.
United

28   [PROPOSED] ORDER GRANTING STIPULATION CONTINUING HEARING ON DEFENDANT THE RICHARDS GROUP'S MOTION TO DISMISS

1

Case No. C 12-04753 CRB

4828-7578-3187.1